Opinion filed July 10, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed July 10,
2008

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                     Nos. 11-08-00176-CR, 11-08-00177-CR, &
11-08-00178-CR 

                                                    __________

 

                                     JOE C. VELASQUEZ, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 32nd District Court

                                                         Mitchell
County, Texas

                                       Trial
Court Cause Nos. 6477, 7043, & 7045

 



 

                                              M
E M O R A N D U M   O P I N I O N

 

In
all three cases, appellant was convicted of the offense of delivery of a
controlled substance.  Appellant has filed in this court motions to dismiss
these appeals pursuant to Tex. R. App.
P. 42.2.  In the motions, appellant requests that we withdraw his
notices of appeal and dismiss the appeals.  The motions are signed by both
appellant and his attorney.  

The
motions are granted, and the appeals are dismissed.  

 

July 10, 2008                                                                                       PER
CURIAM

Do not publish. 
See Tex. R. App. P.
47.2(b). 

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.